# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Grace L. Pan
(212) 513-3447
grace.pan@hklaw.com

January 27, 2017

*Via ECF*

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Lumos Technology Co., Ltd. v. Jedmed Instrument Company*,
                Civil Action No. 16-6939 (DLC) (S.D.N.Y)

Dear Judge Ellis:

      Counsel for Plaintiff Lumos Technology Co., Ltd. respectfully request the Court's approval of the attached order authorizing counsel, pursuant to Standing Order M10-468, as Revised, to bring Personal Electronic Devices and General Purpose Computing Devices listed in the order to the Settlement Conference scheduled before your Honor on February 7, 2017.

      Respectfully submitted,

      HOLLAND & KNIGHT LLP

        /s/ Grace L. Pan
          Grace L. Pan

Enclosure
cc:    All Counsel of Record (*by ECF*)